UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

ISIAH MORRIS,                          )
                                       )
              Plaintiff,               )
                                       )
       v.                              )        No. 1:26-cv-00299-TWP-CSW
                                       )
KETER US, INC.,                        )
                                       )
              Defendant.               )

**ORDER ON UNOPPOSED MOTION TO AMEND COMPLAINT**

Now before the Court is Plaintiff's *Unopposed Motion to Amend Complaint*. (Dkt. 28).  The Court, having examined said *Motion* and being duly advised, now **GRANTS** said *Motion.*

**IT IS THEREFORE ORDERED** that Plaintiff shall have **seven (7) days** from the date of this Order, up to and including **July 21, 2026** to file his Amended Complaint (Dkt. 28-1) as a separate docket entry in this matter.

**SO ORDERED.**

**Date:** July 14, 2026

Crystal S. Wildeman
United States Magistrate Judge
Southern District of Indiana

**Distribution:**

Distributed electronically via ECF to counsel of record.