UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ISIAH MORRIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:26-cv-00299-TWP-CSW |
| | ) | |
| KETER US, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

On October 5, 2026, the Magistrate Judge submitted a Report and Recommendation as to Plaintiff's failure to prosecute this action (Dkt. 44). The Magistrate Judge reports that Plaintiff did not show cause for failure to appear at the September 17, 2026, conference as ordered at (Dkt. 40), and Plaintiff did not file a notice advising whether he intended to proceed *pro se* by September 17, 2026, as directed. Further, Plaintiff did not respond to Defendant's first set of written discovery requests by August 26, 2026. *See* (Dkt. 35). Plaintiff was expressly warned that failure to comply with the Court's Orders could result in sanctions, up to and including dismissal of this action for failure to prosecute. *See* (Dkt. 40). The Magistrate Judge therefore recommends that this action be dismissed with prejudice for Plaintiff's failure to prosecute.

The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections; none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Report and Recommendation, and Orders that this action is **dismissed with prejudice** for Plaintiff's failure to prosecute.

All deadlines are vacated and Defendant's pending Motion to Compel (Dkt. 41) is **denied as moot.**

Final Judgment consistent with this Order will issue in a separate Order.

**IT IS SO ORDERED.**

Date: October 26, 2026

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

ISIAH MORRIS
702 North Knight Circle
Marion, IN 46952

Bianca Black
LITTLER MENDELSON, P.C. (Indianapolis)
bblack@littler.com